Dennis G. Martin (SB# 54060)
Willmore F. Holbrow, III (SB# 169688)
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel:  (310) 207-3800
Fax:  (310) 820-5988

Attorneys for Plaintiffs WET ENTERPRISES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| WET ENTERPRISES, INC., a California corporation,<br><br>                   Plaintiff,<br><br>vs.<br><br>FLUIDITY, DESIGN CONSULTANTS, INC., a corporation, JAMES GARLAND, an individual, LONG PHAM, an individual, COHEN BROTHERS REALTY CORPORATION, a corporation,<br><br>                   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No:  CV-04. 256 TJH (Ex)<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL RE: COHEN BROTHERS REALTY CORPORATION** |

        Plaintiff, WET ENTERPRISES, INC. ("WET") on the one hand, and

Defendant COHEN BROTHERS REALTY CORPORATON ("COHEN BROTHERS") on

the other hand, hereby stipulate and agree pursuant to Rule 41 of

the Federal Rules of Civil Procedure that this Action is hereby

dismissed with prejudice, provided, however that the United States

District Court for the Central District of California, shall retain

**IT IS SO ORDERED**
Dated _____

_____
United States District Judge

1

jurisdiction to enforce the terms of the Settlement Agreement between the parties.

IT IS SO STIPULATED

Dated: ~~September~~ November 29, 2004

Dennis G. Martin
Willmore F. Holbrow
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN
12400 Wilshire Boulevard Suite 700
Los Angeles, California  90025
Attorneys for Plaintiff
Tel: 310-207-3800

Dated: November 25, 2004

Eugene S. Alkana
131 North El Molino Avenue, Suite 310
Pasadena, CA  91101
Attorney for Cohen Brothers Realty
Corporation
Tel: 626-796-8170

IT IS SO ORDERED:

September ___, 2004

_____
Judge of the United States District Court

2

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, employed by Blakely, Sokoloff, Taylor & Zafman. I am over the age of 18 and not a party to the within action. My business address is 12400 Wilshire Boulevard, Suite 700, Los Angeles, California 90025.

On November 29, 2004, I served a true and correct copy of the foregoing document described as **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL RE COHEN BOTHERS REALTY CORPORATION** on all interested parties, through their respective attorneys of record, as follows:

Jerry Rappaport, Esq.
GELFAND RAPPAPORT & GLASER
11111 Santa Monica Boulevard, Suite 100
Los Angeles, California   90025
Attorneys for Fluidity Design Consultants
and James Garland

Eugene S. Alkana
131 North El Molino Avenue, Suite 310
Pasadena, CA   91101
Attorney for Cohen Brothers Realty Corporation

Leonard Tachner, Esq.
17961 Sky Park Circle, Suite 38-E
Irvine, CA   92614
Attorney for Long Pham

### METHOD OF SERVICE

__X__(**BY MAIL**) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Los Angeles, California.

_____(**BY FACSIMILE**) I caused such document to be transmitted by facsimile to the address listed above.

_____(**BY PERSONAL SERVICE**) I caused such documents to be delivered by hand to the person(s) listed above.

### JURISDICTION

__X__(**FEDERAL**) I declare that this document was delivered at the request of a member of the bar of this court, at whose direction the service was made.

Executed on November 29, 2004 at Los Angeles, California

_____
MARIA PAPI

1